FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALIK L. HUDSON,<br><br>                              Plaintiff,<br><br>   v.<br><br>YAKIMA MUNICIPAL COURT and TAMARA HUDSON,<br><br>                              Defendants. | No: 1:23-CV-03008-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS |

By Order filed February 21, 2023, the Court directed Plaintiff Malik L. Hudson to submit a Declaration and Application to Proceed *In Forma Pauperis* and a certified statement of his inmate account for the six-month period immediately preceding January 18, 2023. ECF No. 4. Plaintiff had presented a *pro se* civil rights complaint and Defendants were not served. In the alternative, the Court instructed Plaintiff to pay the $402.00 fee ($350.00 filing fee, plus $52.00 administrative fee) to commence this action. *Id*. at 1, 3. Plaintiff did not comply with the Court's directive and has filed nothing further in this action. Based on these actions, it appears that Plaintiff has abandoned this litigation.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

Therefore, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment, provide copies to Plaintiff, and **CLOSE** the file.  The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**DATED** March 22, 2023.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1